IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NOVO NORDISK A/S AND NOVO NORDISK INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>GET RELIEF RX LLC,<br><br>Defendant, | CV 25-120-M-KLD<br><br>ORDER |

    Defendant Get Relief Rx LLC has filed an unopposed motion to vacate all pending deadlines and to stay this case until the earlier of (a) notice from the parties or (b) February 27, 2026. (Doc.15). Although its motion is unopposed by Plaintiffs, Defendant does not provide any explanation for the requested stay. Accordingly,

    IT IS ORDERED that Defendant's motion for a stay is DENIED without prejudice to refiling with an explanation for the requested stay.

    DATED this 18th day of November, 2025.

                                                 _____
                                                 Kathleen L. DeSoto
                                                 United States Magistrate Judge