IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NOVO NORDISK A/S AND NOVO NORDISK INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GET RELIEF RX LLC, <br><br> Defendant, | CV 25-120-M-KLD <br><br> ORDER |

Defendant Get Relief Rx LLC has filed an unopposed motion to vacate all pending deadlines and to stay this case until the earlier of (a) notice from the parties or (b) February 27, 2026, on the ground that the parties are engaged in settlement negotiations. (Doc. 17). Accordingly, and good cause appearing,

IT IS ORDERED that Defendant's motion for a stay is GRANTED and this case is stayed until the earlier of (a) notice from the parties or (b) February 27, 2026. The preliminary pretrial conference scheduled for December 2, 2025 and all related deadlines are hereby VACATED.

DATED this 19th day of November, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1