IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NOVO NORDISK A/S AND NOVO NORDISK INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GET RELIEF RX LLC, <br><br> Defendant, | CV 25-120-M-KLD <br><br> ORDER |

Defendant Get Relief Rx LLC has filed an unopposed motion to extend the stay of proceedings in this case until the earlier of (a) notice from the parties or (b) March 20, 2026, on the ground that the parties are engaged in settlement negotiations. (Doc. 21). Accordingly, and good cause appearing,

IT IS ORDERED that Defendant's motion to extend stay of proceedings is GRANTED and this case is stayed until the earlier of (a) notice from the parties or (b) March 20, 2026.

DATED this 24th day of February, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1